UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STEVEN BEAULIEU,**
**CHASIDY LEE LENOIR,**
**DR. KENT KEBERT,**
**LYNN KEBERT,**
**BETH ROWLETT, AND**
**CARLA VIDA AS EXECUTRIX OF**
**THE ESTATE OF LAVOY J. REED**

      **Petitioners,**

                                                      **Civil Action No. 3:19-cv-00378-DCB-JCG**

      **v.**

**PERSHING LLC,**

      **Respondent.**

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Petitioners Steven Beaulieu, Chasidy Lee Lenoir, Dr. Kent Kebert, Lynn Kebert, Beth Rowlett, and Carla Vida as Executrix of the Estate of Lavoy J. Reed, file this Notice of Dismissal, dismissing their claims against Pershing LLC with prejudice. Each party is to bear its own costs.

Dated:  July 2, 2019.

                                        **PETITIONERS, STEVEN BEAULIEU,**
                                        **CHASIDY LEE LENOIR,**
                                        **DR. KENT KEBERT,**
                                        **LYNN KEBERT,**
                                        **BETH ROWLETT, AND**
                                        **CARLA VIDA AS EXECUTRIX OF**
                                        **THE ESTATE OF LAVOY J. REED**

                                        By:    */s/ Benjamin M. Watson*
                                                      Benjamin M. Watson (MB #100078)
                                                        *Counsel for Petitioners*

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi  39157
Post Office Box 6010 (39158)
Tel:  (601) 948-4420
Fax:  (601) 985-4500
E-mail: ben.watson@butlersnow.com

## CERTIFICATE OF SERVICE

I, Benjamin M. Watson, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system.

SO CERTIFIED, this the 2nd day of July, 2019.

>  */s/Benjamin M. Watson*
>  BENJAMIN M. WATSON

48308649.v1